No error.

---

STATE OF NORTH CAROLINA v. EVANS CHRISTOPHER BEAM, JR.

No. 7527SC63

(Filed 2 April 1975)

APPEAL by defendant from *Hasty, Judge.* Judgment entered 24 October 1974 in Superior Court, CLEVELAND County. Heard in the Court of Appeals 21 March 1975.

*Attorney General Edmisten, by Assistant Attorney General Myron C. Banks, for the State.*

*Joseph M. Wright for defendant appellant.*

BRITT, HEDRICK and MARTIN, Judges.

No error.